DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SACHE SHKRELI** a/k/a **SACA SHKRELI** and **MARCO SHKRELI,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D16-3529

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 50-2013-CA-002592MB.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellants.

Nicole R. Ramirez of eXL Legal, PLLC, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***